IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 1:20-CR-020-MRB |
| v. | : | |
| | : | |
| NICHOLAS J. VEERKAMP. | : | JUDGE MICHAEL R. BARRETT |

## STIPULATION

It is hereby stipulated and agreed to by the parties that:

In 2015 Nicholas Veerkamp was 23 years old and, at that time, he engaged in a sexual relationship that spanned months with a juvenile female who was 13 and 14 years old during the relationship. Nicholas Veerkamp and the juvenile female met online where the juvenile female initially represented that she was 18 years old. In 2016, Nicholas Veerkamp was convicted of three misdemeanor offenses for the vaginal intercourse he engaged in with the juvenile female during their relationship. As a result of this conviction, Nicholas Veerkamp was required to register as a sex offender pursuant to Ohio and Federal law during all times alleged in the Second Superseding Indictment.

It is further stipulated and agreed that this Stipulation may be introduced into evidence as an exhibit, and that the facts herein stipulated have the same status, dignity, and effect as the undisputed testimony of credible witnesses.

Date: 10/12/22

Kyle J. Healey/Jennifer K. Weinhold
Assistant United States Attorneys

Date: 10-12-22

Nicholas J. Veerkamp

Date: 10/12/22

Eric G. Eckes/Stephanie F. Kessler
Counsel for Nicholas Veerkamp