UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:20-cr-020 |
| vs. | : | Hon. Michael R. Barrett |
| | : | |
| NICHOLAS VEERKAMP | : | |

## FORFEITURE AGREEMENT

The defendant, Nicholas Veerkamp, acknowledges that, in accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, the Second Superseding Indictment (Doc. 48) contained a Forfeiture Allegation notifying the defendant that the United States sought the forfeiture of property in accordance with 18 U.S.C. § 2253(a). Specifically, the Forfeiture Allegation gave notice that upon conviction of any of the offenses set forth in Counts 1 through 4 of the Second Superseding Indictment, the defendant shall forfeit to the United States (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to:

- Motorola Verizon cellular telephone, black in color, bearing no visible serial or model number; and

- Apple MacBook, bearing serial number W802886FAGW.

The jury trial begins in this case on October 24, 2022. Rule 32.2(b)(5) provides a limited statutory right to have the jury retained to determine the forfeitability of specific property if it returns a guilty verdict. The parties hereby waive that statutory right and agree that if the jury returns a verdict, finding the defendant guilty of any of the offenses set forth in Counts 1 through 4 of the Second Superseding Indictment, the Court shall determine the forfeitability of the electronic equipment described above.

KENNETH L. PARKER
United States Attorney

Date: 10/12/22

KYLE J. HEALEY (0083794)
JENNIFER K. WEINHOLD (KY 93304)
Assistant United States Attorneys
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

Date: 10-12-22

NICHOLAS J. VEERKAMP
Defendant

Date: 10/12/22

ERIC G. ECKES (0091840)
STEPHANIE FRANXMAN KESSLER (0092338)
Pinales, Stachler, Young & Burrell Co., LPA
455 Delta Avenue, Suite 105
Cincinnati, Ohio 45226
Attorneys for Defendant Nicholas J. Veerkamp

2