| Caption | | | | | | Docket Number |
|---|---|---|---|---|---|---|
| United States of America v. Nicholas J. Veerkamp | | | | | | 1:20cr020 |

| Plaintiff's Attorney | Defendant's Attorney | Trial Date(s) |
|---|---|---|
| Kyle Healey & Jennifer Weinhold | Eric Eckes & Stephanie Kessler | 10/24/22 – 10/27/2022 |

| Presiding Judge | Courtroom Deputy/Law Clerk | Court Reporter |
|---|---|---|
| Michael R. Barrett | Krista Zeller/Grace Royalty | Maryann Maffia, Official |

| Plf. # | Def.# | Date Shown (2022) | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| A | | 10/24 | X | X | McCullough/Weinhold | Stipulation |
| 1 | | 10/24 | X | X | McCullough/Weinhold | Photo of laptop |
| 2 | | 10/24 | X | X | McCullough/Weinhold | Photo of laptop |
| 3 | | 10/24 | X | X | McCullough/Weinhold | Photo of laptop |
| 69 | | 10/24 | X | X | McCullough/Weinhold | Photo of minor female pants being pulled down in front |
| 70 | | 10/24 | X | X | McCullough/Weinhold | Photo of minor female pants being pulled down in front |
| 71 | | 10/24 | X | X | McCullough/Weinhold | Photo of minor female pants being pulled down in front |
| 72 | | 10/24 | X | X | McCullough/Weinhold | Photo of minor female pants being pulled down in front |
| 73 | | 10/24 | X | X | McCullough/Weinhold | Photo of minor female pants being pulled down in front |
| | B | 10/24 | X | X | McCullough/Eckes | Photo of witness McCullough with laptop DSC_006 |
| | C | 10/24 | X | X | McCullough/Eckes | Photo of witness McCollough with laptop DSC_008 |
| 4 | | 10/25 | X | X | Cooper/Weinhold | Contact info for Veerkamp – left on business card |
| 1 | | 10/25 | | X | Mikes/Healey | Photo of laptop |
| 5 | | 10/25 | X | X | Mikes/Healey | Attachment A – Image Report |
| 120 | | 10/25 | X | X | Mikes/Healey | Forensic Reports |
| 11 | | 10/25 | X | X | Mikes/Healey | Veerkamp photo holding driver's license |
| 11a | | 10/25 | X | X | Mikes/Healey | Metadata - Veerkamp photo holding driver's license |
| | 120 | 10/25 | | X | Mikes/Eckes | Forensic Reports |
| | 93 | 10/25 | | X | Mikes/Eckes | Photos of panties being pulled to the side of a minor female |
| | 92 | 10/25 | | X | Mikes/Eckes | Photo of female vagine/words written on it "Young hole" |
| | 91 | 10/25 | | X | Mikes.Eckes | Photo of minor female climbing a rock with panties exposed |
| | 78 | 10/25 | | X | Mikes/Eckes | Photo of nude selfie of minor female |
| | 77 | 10/25 | | X | Mikes/Eckes | Photo of nude selfie minor female |
| | 82 | 10/25 | | X | Mikes/Eckes | Photos of panties being pulled to the side of minor female |
| | 83 | 10/25 | | X | Mikes/Eckes | Photos of panties being pulled to the side of minor female |
| | 28 | 10/25 | | X | Mikes/Eckes | Close-up of photo of minor female pants being pulled down in front |
| | B | 10/25 | | X | Mikes/Eckes | Photo of McCullough with laptop DSC_006 |
| 11 | | 10/25 | | X | Jones/Healey | Veerkamp photo holding Driver's License |
| 12 | | 10/25 | | X | Jones/Healey | Veerkamp photo of him taking selfie in the bathroom |
| 116 | | 10/25 | X | X | Jones/Healey | Photo of front of cell phone |
| 117 | | 10/25 | X | X | Jones/Healey | Photo of the back of cell phone |
| 13 | | 10/25 | | X | Jones/Healey | Photo of minor hanging upside down |
| 14 | | 10/25 | | X | Jones/Healey | Photo looking down into back of jeans |
| 15 | | 10/25 | | X | Jones/Healey | Photo looking down into back of jeans |
| 16 | | 10/25 | | X | Jones/Healey | Photo looking down into back of jeans |
| 17 | | 10/25 | | X | Jones/Healey | Photo looking down into back of jeans |
| 18 | | 10/25 | | X | Jones/Healey | Photo looking down into back of jeans |
| 19 | | 10/25 | | X | Jones/Healey | Minor child lying on trampoline |
| 22 | | 10/25 | | X | Jones/Healey | Close up of minor sleeping |
| 23 | | 10/25 | | X | Jones/Healey | Photo of Minor Child Sleeping in bed |
| 24 | | 10/25 | | X | Jones/Healey | Photo of Minor Child Sleeping in bed |
| 25 | | 10/25 | | X | Jones/Healey | Photo of Minor Child Sleeping in bed |
| 26 | | 10/25 | | X | Jones/Healey | Close up of female minors mouth |
| 27 | | 10/25 | | X | Jones/Healey | Photo of minor female pants being pulled down in front |
| 28 | | 10/25 | | X | Jones/Healey | Close up of photo of minor female pants being pulled down in front |

Page **1** of 4

| Plf. # | Def.# | Date Shown (2022) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 29 | | 10/25 | | X | Jones/Healey | Photo of minor female sleeping with shirt pulled up |
| 30 | | 10/25 | | X | Jones/Healey | Photo of minor female sleeping with shirt pulled up |
| 31 | | 10/25 | | X | Jones/Healey | Closer photo of minor female pants being pulled down |
| 32 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down |
| 33 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down |
| 34 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down in the front |
| 35 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties still on |
| 36 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties still on |
| 37 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties still on |
| 38 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties still on |
| 39 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties still on |
| 40 | | 10/25 | | X | Jones/Healey | Photo of minor sleeping on her side |
| 41 | | 10/25 | | X | Jones/Healey | Photo of minor sleeping on her side |
| 42 | | 10/25 | | X | Jones/Healey | Close up of minor child back side |
| 43 | | 10/25 | | X | Jones/Healey | Close up of minor child back side |
| 44 | | 10/25 | | X | Jones/Healey | Close up of minor child back side |
| 45 | | 10/25 | | X | Jones/Healey | Photo of female minor sleeping facing up |
| 46 | | 10/25 | | X | Jones/Healey | Photo of females' stomach |
| 47 | | 10/25 | | X | Jones/Healey | Photo of females' stomach |
| 48 | | 10/25 | | X | Jones/Healey | Photo of females' stomach |
| 49 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties on |
| 50 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties on |
| 51 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties on |
| 52 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties on |
| 53 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties on |
| 54 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties on |
| 55 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties on |
| 56 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down with panties on |
| 57 | | 10/25 | | X | Jones/Healey | Photo of minor females' stomach |
| 58 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down in front |
| 59 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down in front |
| 60 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down in front |
| 61 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down in front |
| 62 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down in front |
| 63 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down in front |
| 64 | | 10/25 | | X | Jones/Healey | Close up photo of minor female pants being pulled down in front |
| 65 | | 10/25 | | X | | Close up photo of minor female pants being pulled down in |

Page **2** of **4**

| | | | | | |
|---|---|---|---|---|---|
| | | | | Jones/Healey | front |
| 66 | | 10/25 | | X | Jones/Healey | Photo of minor females' stomach |
| 67 | | 10/25 | | X | Jones/Healey | Photo of minor females' stomach |
| 68 | | 10/25 | | X | Jones/Healey | Photo of minor females' stomach |
| 69 | | 10/25 | | X | Jones/Healey | Photo of minor females pants being pulled down in the front |
| 70 | | 10/25 | | X | Jones/Healey | Photo of minor females pants being pulled down in the front |
| 71 | | 10/25 | | X | Jones/Healey | Photo of minor females pants being pulled down in the front |
| 72 | | 10/25 | | X | Jones/Healey | Photo of minor females pants being pulled down in the front |
| 73 | | 10/25 | | X | Jones/Healey | Photo of minor females pants being pulled down in the front |
| 118 | | 10/25 | | X | Jones/Healey | Photos of top of Veerkamp's hands |
| 119 | | 10/25 | | X | Jones/Healey | Photo of back of Veerkamp's hands |
| 74 | | 10/25 | | X | Jones/Healey | Video of minor female on trampoline |
| 75 | | 10/25 | | X | Jones/Healey | Video of minor children playing outside bonfire pit |
| 76 | | 10/25 | | X | Jones/Healey | Video of minor children playing outside bonfire pit |
| 77 | | 10/25 | | X | Jones Healey | Photo of nude selfie of minor female |
| 78 | | 10/25 | | X | Jones/Healey | Photo of nude selfie of minor female |
| 79 | | 10/25 | | X | Jones/Healey | Photo of nude selfie of minor female |
| 80 | | 10/25 | | X | Jones/Healey | Photo of exposed leg and panties |
| 81 | | 10/25 | | X | Jones/Healey | Close-up of leg and panties |
| 82 | | 10/25 | | X | Jones/Healey | Photo of panties being pulled to the side of minor female |
| 83 | | 10/25 | | X | Jones/Healey | Photo of panties being pulled to the side of minor female |
| 84 | | 10/25 | | X | Jones/Healey | Photo of panties being pulled to the side of minor female |
| 85 | | 10/25 | | X | Jones/Healey | Close up of leg and panties |
| 86 | | 10/25 | | X | Jones/Healey | Close up of leg and panties |
| 87 | | 10/25 | | X | Jones/Healey | Close up of leg and panties |
| 88 | | 10/25 | | X | Jones/Healey | Close up of leg and panties |
| 89 | | 10/25 | | X | Jones/Healey | Close up of leg and panties |
| 90 | | 10/25 | | X | Jones/Healey | Close up of leg and panties |
| 91 | | 10/25 | | X | Jones/Healey | Photo of minor female climbing on a rock with panties exposed |
| 92 | | 10/25 | | X | Jones/Healey | Photo of minor female vagina/words written "Young hole" |
| 93 | | 10/25 | | X | Jones/Healey | Photos of panties being pulled to the side of minor female |
| 114 | | 10/25 | | X | Jones/Healey | Images of cellphone |
| 115 | | 10/25 | | X | Jones/Healey | Images of cellphone |
| 104 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone |
| 105 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone |
| 106 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone |
| 107 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone |
| 108 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone text conversation |
| 109 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone text conversation |
| 110 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone text conversation |
| 111 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone text conversation |
| 112 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone text conversation |
| 113 | | 10/25 | | X | Jones/Healey | Screen shots from cell phone text conversation |
| | 18 | 10/25 | | X | Jones/Eckes | Photo of minor hanging upside down from swing set |
| | 20 | 10/25 | | X | Jones/Eckes | Photo of minor child lying on trampoline |
| | A | 10/25 | X | | Jones/Eckes | LG Photo 1 - 37381 |
| | D | 10/25 | X | | Jones/Eckes | Photo of McCullough with laptop |
| 74 | | 10/26 | | X | LC/Weinhold | Video of minor female on trampoline |
| 75 | | 10/26 | | X | LC/Weinhold | Video of minor female playing near bonfire |
| 76 | | 10/26 | | X | LC/Weinhold | Video of minor female playing near bonfire |
| 24 | | 10/26 | | X | LC/Weinhold | Picture of sleeping minor female |
| 41 | | 10/26 | | X | LC/Weinhold | Picture of sleeping minor female |
| 114 | | 10/26 | | X | DW/Healey | Photo of the back of cellphone |
| 115 | | 10/26 | | X | DW/Healey | Photo of the front of cellphone |
| 104 | | 10/26 | X | X | DW/Healey | Photos of Home screen on cellphone |
| 105 | | 10/26 | X | X | DW/Healey | Photo of data info screen on cellphone |
| 106 | | 10/26 | X | X | DW/Healey | Photo of app screen on cellphone |
| 107 | | 10/26 | X | X | DW/Healey | Photo of conversation screen on cellphone |

| | | | | | | |
|---|---|---|---|---|---|---|
| 108 | | 10/26 | X | X | DW/Healey | Photo of Nick's conversation on cellphone |
| 109 | | 10/26 | X | X | DW/Healey | Photo of Nick's conversation on cellphone |
| 110 | | 10/26 | X | X | DW/Healey | Photo of Nick's conversation on cellphone |
| 111 | | 10/26 | X | X | DW/Healey | Photo of Nick's conversation on cellphone |
| 112 | | 10/26 | X | X | DW/Healey | Photo of Nick's conversation on cellphone |
| 113 | | 10/26 | X | X | DW/Healey | Photo of Nick's conversation on cellphone |
| 82 | | 10/26 | | X | Wilson/Healey | Photo of panties being pulled to the side of minor female |
| 83 | | 10/26 | | X | Wilson/Healey | Photo of panties being pulled to the side of minor female |
| 84 | | 10/26 | | X | Wilson/Healey | Photo of panties being pulled to the side of minor female |
| | E | 10/26 | X | X | Wilson/Eckes | Picture of Wilson living room 1 DSC_00631 |
| | F | 10/26 | X | X | Wilson/Eckes | Photo of Wilson living room 2 DSC_00633 |
| 6 | | 10/26 | X | X | Kilbourne/Weinhold | Photo of basement inside of home |
| 7 | | 10/26 | X | X | Kilbourne/Weinhold | Photo of basement inside of home |
| 8 | | 10/26 | X | X | Kilbourne/Weinhold | Photo of basement inside of home |
| 9 | | 10/26 | X | X | Kilbourne/Weinhold | Photo of front of cybershot camera |
| 94 | | 10/26 | X | X | Jones/Healey | Photo of minor female face sleeping |
| 10 | | 10/26 | | X | Jones/Healey | Photo of bottom of cybershot camera |
| 95 | | 10/26 | X | X | Jones/Healey | Photo of minor child with pants pulled down |
| 96 | | 10/26 | X | X | Jones/Healey | Photo of minor child with pants pulled down |
| 97 | | 10/26 | X | X | Jones/Healey | Photo of minor child with pants pulled down |
| 98 | | 10/26 | X | X | Jones/Healey | Photo of minor child with pants pulled down |
| 99 | | 10/26 | X | X | Jones/Healey | Photo of minor child with pants pulled down |
| 100 | | 10/26 | X | X | Jones/Healey | Photo of minor child with pants pulled down |
| 101 | | 10/26 | X | X | Jones/Healey | Photo of minor child with pants pulled down |
| 102 | | 10/26 | X | X | Jones/Healey | Photo of minor child with pants pulled down |
| 103 | | 10/26 | X | X | Jones/Healey | Photo of minor child with pants pulled down |
| | G | 10/26 | X | X | Jones/Eckes | SD Card |