```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
 2                   WESTERN DIVISION

 3
                        - - -
 4  UNITED STATES OF AMERICA,    .  Case Number 1:20-cr-20
                                 .
 5             Plaintiff,        .
                                 .  Excerpts of Trial Testimony
 6        - v -                  .
                                 .  Day 3 of Jury Trial
 7  NICHOLAS J. VEERKAMP,        .  Wednesday, October 26, 2022
                                 .  9:20 a.m.
 8             Defendant.        .  Cincinnati, Ohio
    . . . . . . . . . . . . .
 9

10              TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE MICHAEL R. BARRETT, DISTRICT JUDGE
11

12  For the Plaintiff:

13  KYLE J. HEALEY, ESQ. (AUSA)
    JENNIFER K. WEINHOLD, ESQ. (AUSA)
14  United States Attorney's Office
    221 East Fourth Street, Suite 400
15  Cincinnati, Ohio  45202

16
    For the Defendant:
17
    ERIC G. ECKES, ESQ.
18  STEPHANIE FRANXMAN KESSLER, ESQ.
    Pinales, Stachler, Young, Burrell & Crouse
19  455 Delta Avenue, Suite 105
    Cincinnati, Ohio  45202
20

21  Also Present:        F.B.I. Special Agent Jonathan Jones
                         Kelly Terry, IT
22                       C. Matthew Curtin, IT

23  Law Clerk:          Grace Royalty, Esq.

24  Courtroom Deputy:   Krista Zeller

25  Court Reporter:     Maryann T. Maffia, RDR
```

<pre>
 1                  P R O C E E D I N G S
 2  (In open court out of the presence of the jury at 9:20 a.m.
 3  Defendant is present.  Juror Number 4 entered the courtroom.)
 4          THE COURT:  Come on in.  Have a seat.  This is not a
 5  big deal, trust me.  And I forget, what's your number?
 6          JUROR NUMBER 4:  Four.
 7          THE COURT:  Number 4.  Okay.  So it's possible you
 8  may have had an inadvertent visual contact with the defendant
 9  this morning in the hallway, through no fault of anybody's.
10  Did that happen?
11          JUROR NO. 4:  I think I seen him, like, passing by.
12          THE COURT:  Okay.  I don't know if you formed any
13  impressions as a result of seeing that, but can you just not
14  discuss that with any fellow jurors?
15          JUROR NO. 4:  Okay.
16          THE COURT:  Okay.  Just saw him passing by?
17          JUROR NO. 4:  Uh-huh.
18          THE COURT:  And that didn't create any thoughts in
19  your mind?
20          JUROR NO. 4:  No.
21          THE COURT:  Okay.
22          JUROR NO. 4:  I didn't even mention it.
23          THE COURT:  Okay.
24          Any inquiry?
25          MR. ECKES:  No, Judge.
</pre>

1          THE COURT:  Ma'am, that's fine.  I'm sorry about the

2   confusion.

3          JUROR NO. 4:  Okay.

4          THE COURT:  We'll get started then in just a couple

5   of seconds.  Okay?

6          JUROR NO. 4:  Okay.  Thank you.

7          THE COURT:  Thank you very much.  Thank you.

8   (Juror Number 4 exited the courtroom at 9:22 a.m.  The jury

9   entered the courtroom at 9:27 a.m.)

10          THE COURT:  Good morning, guys.  How you doing?

11   Sorry for the little bit of confusion this morning.  I'm going

12   to try to keep my sneezing and coughing, wheezing, that kind

13   of stuff, to a minimum.  Okay?

14          All right.  Jennifer, you want to call your first

15   witness, please?

16          MS. WEINHOLD:  Yes, Your Honor.  The United States

17   calls Lexus Couch.

18          THE COURT:  Okay.

19          Ma'am, do you want to just come on up to the front of

20   the courtroom over here?  Krista is going to administer an

21   oath or affirmation here.  Okay?  Just stand over here.

22   (The witness was duly sworn by the courtroom deputy.)

23          THE WITNESS:  Yes.

24          THE COURT:  Okay.  Have a seat in the chair.  Try to

25   -- so what's going to happen is, the lawyers are going to be

1  asking you some questions, but try to direct your answers

2  towards the ladies and gentlemen of the jury.  Okay?

3          THE WITNESS:  Yes.

4          THE COURT:  Okay.  And we're going to do a little bit

5  of a voice test.  I'm going to ask you to state your full name

6  and spell your last name so that Maryann can take it down, and

7  we'll see if you're speaking loud enough.  Okay?  So go ahead.

8          THE WITNESS:  My name is Lexus Hope Couch, C-o-u-c-h.

9          THE COURT:  I think that's good.  You guys can all

10 hear?

11         Okay, Jennifer, go ahead.

12         MS. WEINHOLD:  Thank you.

13                      LEXUS COUCH

14 a witness herein, testified as follows.

15                   DIRECT EXAMINATION

16 BY MS. WEINHOLD:

17 Q.  Good morning, Lexus.  Can you actually spell your first

18 name, too, for the court reporter?

19 A.  L-e-x-u-s.

20 Q.  Thank you.  How old are you?

21 A.  Fourteen.

22 Q.  And where you did you grow up?

23 A.  Um, with my grandparents.

24 Q.  With your grandparents?  Where did your grandparents live,

25 if you remember?

LEXUS COUCH - DIRECT

```
1   A.   In Harrison, Ohio.
2   Q.   Okay.  And how long were you --
3        Did you live with your mom at some point?
4   A.   Yes.  I live with my mom now.
5   Q.   Okay.  And prior to living with your grandparents, did you
6   live with your mom for a period of time?
7   A.   Yes.
8   Q.   Okay.  Do you remember how long you lived with your mom?
9   A.   Um, I just recently moved in with my mom.  I was 13.
10  Q.   Before you moved in with your grandparents, do you
11  remember how long you lived with your mom?
12  A.   Um, no.  I pretty much lived with my grandparents my whole
13  life.
14  Q.   So you were living with your grandparents.  Do you know
15  why you were living with your grandparents and not your mom?
16  A.   Yes, because my mom had been doing drugs, and my dad died,
17  and my mom was in jail, so my grandparents took me in.
18  Q.   Yeah.  That must have been hard.  So you were living with
19  your grandparents.  Do you remember who else was living with
20  you?
21  A.   My brother.
22  Q.   And what's your brother's name?
23  A.   Adrian Davis.
24  Q.   Okay.  And was anybody else living with you and your
25  grandparents?
```

 1   A.   No.

 2   Q.   Do you remember who lived next door when you were living

 3   with your grandparents?

 4   A.   Yes.

 5   Q.   Who was that?

 6   A.   Um, my Aunt Michelle, my Uncle Chris, Darrah, Kyle, and

 7   Brennan.

 8   Q.   Okay.  Darrah, Kyle, and Brennan, are those your cousins?

 9   A.   Yes.

10   Q.   Okay.  Do you remember approximately what years you were

11   living with your grandparents, how old you were?

12   A.   Um, I lived with them since I was, like, maybe three until

13   I was 13.

14   Q.   Three until 13.  And were you in the same house the entire

15   time with your grandparents?

16   A.   Yes.

17   Q.   So you were living next door to your Aunt Michelle and

18   Darrah and Kyle that during that time?

19   A.   Yes.

20   Q.   When you were living with your grandparents next door to

21   your cousins, do you remember the types of things you guys

22   would do together?

23   A.   Yeah.  We would mostly go outside and play in the woods

24   and catch wild animals and, like, cats and dogs.

25   Q.   Okay.  Did your cousins have anything next door that you

LEXUS COUCH - DIRECT

1  guys would play on or play with?

2  A.  Yeah.  Um, they had a trampoline and a swing set and a

3  pond.

4  Q.  So would you spend a lot of time playing there?

5  A.  Yes.

6  Q.  And who did you usually play with?

7  A.  Um, well, me and Kyle would usually play with Nick.

8  Q.  And when you say "Nick," who are you referring to?

9  A.  Um, Brennan's friend.

10  Q.  Brennan's friend.  Okay.  So who is Brennan in relation to

11  Kyle?

12  A.  Um, Brennan is Kyle's older brother.

13  Q.  And you knew Nick through Brennan?

14  A.  Yes.

15  Q.  Okay.  Do you see Nick here today, Lexus?

16  A.  Um, I don't know.  I don't know.

17  Q.  Take your time.

18  A.  I don't know.  I don't know, unless he's fat or something.

19  Q.  So when you knew Nick, was he skinny?

20  A.  Not, like, skinny, but, like, chubby, I guess, yeah.

21  Q.  Okay.  So you said that you would play with Kyle and Nick

22  a lot?

23  A.  Yes.

24  Q.  How often would you play with them?

25  A.  Quite a lot.

LEXUS COUCH - DIRECT

```
 1   Q.   Okay.  So if you had to approximate, are you talking every
 2   day?
 3   A.   Um, I don't remember.
 4   Q.   Okay.  But maybe multiple times a week?
 5   A.   Yeah.
 6   Q.   What kind of things would you do with Nick and Kyle?
 7   A.   Um, we would play on the trampoline and -- he, like, built
 8   us a thing in the woods with a hammock on it.
 9   Q.   Can you say that again?
10   A.   He built us, like, a thing in the woods with, like, a
11   hammock on it.
12   Q.   Oh, with a hammock?
13   A.   Yeah.  We'd just, like, play in the woods and stuff and go
14   swimming.
15   Q.   Do you remember how old Nick was or -- I mean, was he a
16   lot older than you, Lexus?
17   A.   Yeah.  I think, like, 20, 30?
18   Q.   Okay.  So a lot -- because at this time you were
19   approximately what age when you were playing with him in the
20   woods?
21   A.   Nine.
22   Q.   Okay.
23   A.   Nine, ten.
24   Q.   Okay.  So he was a lot older than you.  What other types
25   of things -- so it sounds like you would play on the
```

LEXUS COUCH - DIRECT

1    trampoline, you would play in the woods.  Did Nick ever give

2    you anything?

3    A.   Yes.

4    Q.   What kind of things would he give you?

5    A.   Um, he would give me money, and he gave me a phone.

6    Q.   Okay.

7    A.   And, like, candy and stuff like that.

8    Q.   Candy, money, and a phone.  Okay.  How often did he give

9    you money and candy, those types of things?

10   A.   Um, I don't really remember, but --

11   Q.   You don't remember?

12   A.   No.

13   Q.   Okay.  But it's fair to say that he would do it fairly

14   regularly?

15   A.   Yes.

16   Q.   Okay.  When he gave you money, how much money was he

17   giving you?

18   A.   Um, like ten, 20.  Dollars.

19   Q.   Ten or 20 dollars?

20   A.   Yeah, I'm pretty sure.

21   Q.   And the cell phone that he gave you, what did he say when

22   he gave you that cell phone?

23   A.   Um, he told me not to tell anyone that he gave it to me

24   and say I found it in the woods.

25   Q.   And did you ever tell anyone where you got that cell

1  phone?

2  A.  Um, not at first, but I did eventually, yes.

3  Q.  And when you say "eventually," I mean, was it years later

4  that you told someone or --

5  A.  No.  It was like -- I told my cousin at first, and then I

6  think she told her mom, and then her mom told my grandma.

7  Q.  Okay.  And when you say your "cousin," are you referring

8  to Darrah?

9  A.  Yes.

10  Q.  Okay.  Do you remember if you and Nick ever played --

11      Well, strike that.

12      Did Darrah and Kyle have a pool in their yard?

13  A.  Yes.

14  Q.  Do you ever remember playing in the pool with Nick?

15  A.  Yes.

16  Q.  Okay.  Can you tell me or the members of the jury what

17  things you remember about playing in the pool with Nick?

18  A.  Do you want me to tell them what I told you?

19  Q.  Yeah.  Tell what you remember.  I want you to tell them

20  what you remember about playing in the pool.

21  A.  Um, okay.  So we were in the pool one day, and he told me

22  to guess his tickling spots, and I kept naming things and --

23  like, I named everything and --

24  Q.  When you say you named everything, like, what types of

25  things were you naming?

LEXUS COUCH - DIRECT

```
 1  A.  Like elbow, side, thigh, feet, armpit, stuff like that.
 2  And I know what he was trying to get me to say, but I didn't
 3  say it.  As a nine-year-old, I kind of just brushed that off,
 4  but, you know.
 5  Q.  But you -- every time you would name different body parts,
 6  what was Nick's response?
 7  A.  He said, "No, that's not it."
 8  Q.  "That's not it"?  Okay.
 9  A.  Yes.
10  Q.  Did you have some sense about what you thought he was
11  trying to get you to name?
12  A.  Um, yeah, a little bit, but I didn't.  I don't know.
13  Q.  Yeah.  So you named everything -- everything on Nick's
14  body?
15  A.  Yeah.
16  Q.  Did you name, like, every single part on Nick's body?
17  A.  Yeah.
18  Q.  Okay.  And did he ever say that he was ticklish at some
19  point?
20  A.  Um, what do you mean?
21  Q.  Well, is that what he was asking you, to try to name his
22  ticklish parts?
23  A.  Yes, but I just stopped asking.
24  Q.  Yeah.  At some point, you stopped asking?
25  A.  Yes.
```

LEXUS COUCH - DIRECT

1    Q.  Did you ever say -- when you were playing with him in the

2    pool, did you actually name his private part?

3    A.  No, I did not.

4    Q.  Okay.  Did that interaction with Nick in the pool make you

5    feel uncomfortable?

6    A.  Um, yes, it did.

7    Q.  Lexus, I'm going to show you a video that's already been

8    admitted into evidence as Government's Exhibit 74.

9            MS. WEINHOLD:  Miss Terry?

10           THE COURT:  Lexus, it will be on this little screen

11   here.  Okay?

12   (Video played, then stopped.)

13   Q.  Okay.  Did you have an opportunity to see that video,

14   Lexus?

15   A.  Yes.

16   Q.  Who was in that video?

17   A.  Me.

18   Q.  And was that you -- what were you playing on there?

19   A.  A trampoline.

20   Q.  Is that the trampoline that was at Darrah's house?

21   A.  Yes.

22   Q.  Okay.  And did you see -- was that the swing set that was

23   in the background that was also at the house?

24   A.  Yes.

25   Q.  Okay.  And that was the trampoline that you would play on

LEXUS COUCH - DIRECT

1    with Nick and Kyle?

2    A.   Yeah.

3    Q.   I'm going to show you another video, Lexus.  It's already

4    been admitted in evidence as Government's Exhibit 75.  If you

5    could watch the screen again?

6    (Video played, then stopped.)

7    Q.   Lexus, could you tell -- I know that's a bit of a dark

8    video.  Could you tell who was in that video?

9    A.   Yes.

10   Q.   Who is it?

11   A.   My cousin Kyle and me.

12   Q.   And did it look like you were wearing the same outfit as

13   when you were on the trampoline?  Could you tell?

14   A.   Yeah.

15          MS. WEINHOLD:  I'm going to play another video that I

16   think has been admitted into evidence as Government's Exhibit

17   76.  That may be able to show that better.

18   (The video played, then stopped.)

19          MS. WEINHOLD:  Can you go back, Miss Terry?  Can you

20   pause it for a second?  Can you go back and try to pause it

21   when she's walking across the screen, if you can, if we could

22   just try real quick?  Sorry.

23   (Video played, then paused.)

24   Q.   Lexus, I know it's a little bit blurry, but can you see

25   what you're holing in your hand?  Do you know what that is?

LEXUS COUCH - DIRECT

```
 1   A.   Yes.  It's a phone.

 2   Q.   And is that the cell phone Nick gave you?

 3   A.   Yes.

 4   Q.   Okay.  That's the one he told you to say that you found in

 5   the woods?

 6   A.   Yeah.

 7   Q.   Okay.

 8        MS. WEINHOLD:  You can keep going, Miss Terry.

 9   (Video played, then paused.)

10   Q.   That's you holding the phone again, Lexus?

11   A.   Yeah.

12   (Video stopped.)

13   Q.   Lexus, who was in that video?

14   A.   Me.

15   Q.   Yeah.  And where was that?  Do you remember where that

16   was?

17   A.   Yes.  It was in my cousins' backyard where the fire pit

18   and the trampoline was.

19   Q.   Okay.  And so when you say "cousins," you're referring to

20   Darrah and Kyle?

21   A.   Yes.

22   Q.   Okay.  Did you ever sleep over your cousins' house?

23   A.   Yes.

24   Q.   And do you remember how often you would sleep over?

25   A.   Um, pretty often.
```

LEXUS COUCH - DIRECT

```
 1   Q.   Pretty often?
 2   A.   Yes.
 3   Q.   And where would you usually sleep when you slept over your
 4   cousins'?
 5   A.   Anywhere I wanted to.
 6   Q.   Do you ever remember -- do you know whose bedrooms you
 7   would sleep in?
 8   A.   I would sleep in my cousin Kyle's room or my cousin
 9   Darrah's room or on the couch.
10   Q.   Lexus, I'm going to show you a couple of photos that have
11   already been admitted into evidence.  I'm going to show you
12   first what's already been admitted as Government's Exhibit 24.
13   Can you see that up on the screen?
14   A.   Yeah.
15   Q.   Is that you in the picture?
16   A.   Yes.
17   Q.   I'm going to also show you what's previously been admitted
18   as Government's Exhibit 41.  Is that you sleeping?
19   A.   Yes.
20   Q.   Do know where that is?
21   A.   In my cousin Kyle's room.
22   Q.   And I'll have you take a look at what's been previously
23   admitted as Government's Exhibit 29.  Is that you sleeping in
24   Kyle's room?
25   A.   Yes.
```

LEXUS COUCH - DIRECT

```
1    Q.   Do you see a cell phone in that photo?

2    A.   Yes.

3    Q.   What cell phone is that?

4    A.   Um, the same one from earlier.

5    Q.   That's the one Nick gave you?

6    A.   Yes.

7         MS. WEINHOLD:  Thank you, Miss Terry.

8    Q.   Lexus, I want to talk a little bit about -- if there were

9    any times that you felt uncomfortable with Nick at all, can

10   you remember anything that you would tell the jury?

11   A.   Yes.

12   Q.   Okay.

13   A.   Um, so in the picture over there, I was in my cousin

14   Kyle's room.  And I woke up and he was staring at me, and

15   that's kind of weird to be staring at someone while they're

16   sleeping.  And then I asked him why he was staring at me, and

17   he proceeded to tell me this story when -- that he didn't get

18   in trouble with other girls, that she lied about her age.

19        And then another one, me and my cousin Darrah, we really

20   liked watching The Vampire Diaries together, and my

21   nine-year-old self thought he was a vampire because he

22   convinced me that he was a vampire.  And so one time he told

23   me that in order to be a vampire, you don't get bitten once,

24   you get bitten all over.  So yeah.

25   Q.   Okay.  I'm going to ask you a couple of questions about
```

LEXUS COUCH - DIRECT

1    that.  So you said you woke up when you were in Kyle's room

2    and Nick was in the room.  Is that what you testified to?

3    A.   Yes.

4    Q.   Do you remember what time of night that was?

5    A.   Um --

6    Q.   I mean, was it the middle of night or was it in the

7    morning?  Do you remember?

8    A.   Probably in the middle of the night, but I don't know for

9    sure.

10   Q.   That's okay.  If you don't know, that's perfectly fine.

11   And so the two of you had a conversation, and you just asked

12   him why he was staring at you?

13   A.   Yes.

14   Q.   Okay.  And can you just say again what was it that he told

15   you, because I couldn't quite make that out.

16   A.   He told me that he didn't get trouble with -- he got in

17   trouble with a girl, but it was because she lied about her

18   age, that he didn't do anything.  It was, like, a minor, I

19   guess.

20   Q.   Okay.  Did it make you feel uncomfortable or did you

21   wonder why he was telling you those things?

22   A.   Yeah, I wondered why he was telling me that.

23   Q.   Was that information that you had known or --

24   A.   No.

25   Q.   Okay.  Lexus, I don't know if you can recall from

LEXUS COUCH - DIRECT

```
 1   Government's Exhibit 29 --
 2            MS. WEINHOLD:  Miss Terry, can you bring that up
 3   briefly?
 4   Q.   Does that appear to be the same outfit that you were
 5   wearing on the trampoline and at the fire pit?
 6   A.   Yes.
 7   Q.   Okay.  Thank you.  Lexus, what's your date of birth?
 8   A.   April 15th, 2008.
 9   Q.   Lexus, do you ever remember going to Children's Hospital
10   and having a conversation with somebody?
11   A.   Yes.
12   Q.   What do you remember about -- do you know why you were
13   going over there?
14   A.   No.  They did not tell me.
15   Q.   And when you say "they," who are you referring to?
16   A.   Um, it was just people asking me questions.  I don't know
17   who they were.
18   Q.   But who took you over to Children's when you went?
19   A.   Um, well, my cousin and I go the same day as me, so my
20   aunt and my grandma, they took us in one car together.
21   Q.   Okay.  So you went with your grandma.  What did your
22   grandma say you were doing?
23   A.   She said it was, like, a surprise.
24   Q.   That you were going to Children's Hospital for a surprise.
25   Okay.  So you don't really know why you were going over there?
```

LEXUS COUCH - CROSS

```
 1   A.   No.
 2   Q.   But you ended up talking to an adult for a while?
 3   A.   Yes.
 4   Q.   And can you tell the members of the jury a little bit
 5   about just what happened?
 6   A.   Um, they were just asking me questions about, like, if I
 7   know Nick and, like, questions about my life.
 8   Q.   Okay.  And is that all you remember really?
 9   A.   Yeah.
10        MS. WEINHOLD:  No further questions, Your Honor.
11        THE COURT:  Eric or Stephanie?
12        MR. ECKES:  Thank you, Judge.
13                   CROSS-EXAMINATION
14   BY MR. ECKES:
15   Q.   Good morning, Lexus.  My name is Eric.  Is it okay if I
16   call you Lexus?
17   A.   Yes.
18   Q.   Okay.  My name is Eric.  If you don't understand any of my
19   questions, just tell me it was a bad question.  Okay?
20   (The witness nodded.)
21   Q.   What I want to talk to you about a little bit is more of
22   that interview you had with Children's Hospital.  Okay?  But
23   let's do a couple of things that I was wondering about.
24        Was there ever a person named Scotty that lived with you?
25   A.   Um, eventually, yes, but he didn't at first.
```

1  Q.  Who is Scotty?

2  A.  That was my uncle.  I forgot to mention that part.

3  Q.  Okay.  So your uncle lived at the house sometimes too?

4  A.  Yes.

5  Q.  And your brother sometimes?

6  A.  Yes.

7  Q.  Okay.  And next door was Darrah, right?

8  A.  Yes.

9  Q.  And Brennan?

10 A.  Yes.

11 Q.  And then Kyle we talked about.  Right?

12     Now, Nick had a cell phone too.  Do you remember that?

13 A.  Yeah.

14 Q.  Would you ever see, like, other kids playing on Nick's

15 cell phone?

16 A.  No.

17 Q.  Okay.  So you didn't see Darrah ever using the phone?

18 A.  No.

19 Q.  Okay.  The person that you played with the most from your

20 cousins' house would be Kyle; is that right?

21 A.  Yes.

22 Q.  Now, Kyle also liked playing with Nick as well; is that

23 right?

24 A.  Yes.

25 Q.  Okay.  So let's talk about that interview.  That happened

LEXUS COUCH - CROSS

1   at Children's Hospital.  Do you remember the lady's name was

2   Andrea Richey?

3   A.  No.

4   Q.  You wouldn't remember that, would you?  If I told you the

5   date was January 30th of 2020, would you even know the date?

6   A.  No.

7   Q.  Okay.  And do you remember the room, what it looked like?

8   A.  Um, yeah.  It kind of looked like one of them rooms like

9   on the F.B.I. where, like, they can see you but you can't see

10  them, like, with microphones and stuff.

11  Q.  Right.  And I don't know, but was it like a mirror on the

12  wall where you thought maybe people were listening in?

13  A.  Yeah.  I didn't know there was microphones in there at

14  first, but they told me.

15  Q.  Okay.  And had they told you that the whole thing was

16  videotaped?

17  A.  No.

18  Q.  So is it fair to say you've not reviewed the videotape of

19  that whole statement?

20  A.  Um, I didn't.

21  Q.  Okay.  Now, did you tell the truth that day?

22  A.  Um, I hope so.

23  Q.  Okay.  Because there would be no reason for you to lie to

24  that interviewer, right?

25  A.  Yes, there would be no reason to lie.

LEXUS COUCH - CROSS

1  Q.  Okay.  Now, a couple quick questions before we talk about

2  some of the -- well, let's go here.  Now, Nick never touched

3  you inappropriately, right?

4  A.  No.

5  Q.  And you were even asked -- well, we'll leave it at that.

6      He also never showed you anything inappropriate on, like,

7  his phone or a computer or something?

8  A.  No, not that I recall.

9  Q.  Now, today you've testified about a couple of times, and I

10  think the word "uncomfortable" was used in relation to Nick.

11  Right?

12  A.  Yeah.

13  Q.  Now, back when you went -- now in 2020, you would have

14  been -- correct me if I'm wrong because --

15      Is it 11 years old?  Is that --

16  A.  I don't know.

17  Q.  Making you do the math instead of me.  So you were younger

18  than you are today, right?

19  A.  Yes.

20  Q.  And that was closer in time to the last time you had seen

21  Nick?

22  A.  Yes.

23  Q.  Okay.  And you were directly asked if -- well, let me

24  start here.  Like, at first they didn't really even tell you

25  that they wanted to talk about Nick, right?  Do you recall

LEXUS COUCH - CROSS

1    that?

2    A.  No, they did not tell me.

3    Q.  And then they brought up a name "Nick," -- "Do you know

4    anybody named Nick?" -- and you didn't even really know who

5    they were talking about, did you?

6    A.  No, because they said "Nicholas" and I didn't --

7    Q.  You didn't know him as "Nicholas"?

8    A.  No, I did not know that.

9    Q.  And then they said, "Well, we're talking about your cousin

10   Brennan's friend Nick," and that's when you're like, okay, I

11   know that Nick.  Is that fair?

12   A.  Yes.

13   Q.  Okay.  And they directly asked you if Nick had ever done

14   anything to make you feel uncomfortable, and you had told them

15   no.

16   A.  Yes.

17        MS. WEINHOLD:  Your Honor, can we have a brief

18   sidebar on this, please?

19        THE COURT:  Sure.

20   SIDEBAR CONFERENCE

21        MS. WEINHOLD:  I just want to make sure.  Are you

22   planning on going through every question that the forensic

23   examiner asked?  Because it's going to be improper impeachment

24   if you try to ask a question that the forensic interviewer

25   didn't ask.  I obviously don't have the entire recording.

1      MR. ECKES:  Right.  I can tell you this.  I'm almost

2  done.

3      MS. WEINHOLD:  Okay.

4      MR. ECKES:  Secondly, I've been a little -- pushed it

5  a little bit because a lot of the questions were framed in a

6  sense of "has anyone," and my problem would be is I don't want

7  to get into a rape shield issue where I'm asking the question

8  of "Has anyone ever touched you inappropriately?" --

9      MS. WEINHOLD:  Right.

10      MR. ECKES:  -- because I don't know what's happened

11  in the past two, three years.

12      MS. WEINHOLD:  Right.

13      MR. ECKES:  So I'm trying to just narrow it to those.

14  But the questions I've asked her so far, they are direct

15  quotes that I can play.

16      MS. WEINHOLD:  Okay.  I just want to make sure we

17  don't get -- I didn't know how far the questioning was going.

18      MR. ECKES:  Every one is a direct quote, and there is

19  maybe two or three more.

20      MS. WEINHOLD:  Okay.  That was my only -- I just

21  wanted to get there before --

22      THE COURT:  Okay.

23      MR. ECKES:  Sounds like she just wanted to talk to

24  me.

25      MS. WEINHOLD:  I just wanted to do it outside of

LEXUS COUCH - REDIRECT

1    Lexus's presence.

2           MR. ECKES:  Understood.

3           MS. WEINHOLD:  Thank you, Judge.

4    (CONCLUSION OF SIDEBAR CONFERENCE.)

5    Q.  So that last question was that at that interview they had

6    asked you if Nick had done anything that made you feel nervous

7    or uncomfortable, and you had said no back then?

8    A.  Yeah, I think.

9    Q.  I'm not going to go through all of the questions that they

10   asked you -- in fact, I'm almost done, okay? -- but I do want

11   to confirm two things with you about that interview.  Okay?

12       So in that interview when they were asking you these type

13   of questions, you never told them anything about the pool and

14   the tickling.  Right?

15   A.  Yeah, I didn't say that.

16   Q.  Okay.  And, similarly, back then you never told them about

17   waking up and Nick being in the room?

18   A.  Yeah, I never said that.

19          MR. ECKES:  Okay.  Nothing further, Judge.

20          THE COURT:  Jennifer?

21                     REDIRECT EXAMINATION

22   BY MS. WEINHOLD:

23   Q.  Lexus, when you went over to Children's, I think you

24   testified that your grandma told you you were going somewhere

25   for a surprise?

```
 1   A.   Yes.
 2   Q.   Okay.  And then you ended up in an interview room.  I
 3   think you described it as one like you would see on an F.B.I.
 4   show?
 5   A.   Yes.
 6   Q.   During that interview, did they show you any photographs
 7   of yourself?
 8   A.   No.
 9            MS. WEINHOLD:  Thank you.  No further questions.
10            THE COURT:  Eric.
11            MR. ECKES:  One follow-up, Judge.
12                      RECROSS-EXAMINATION
13   BY MR. ECKES:
14   Q.   So when we talk about the allegations of the tickle and
15   the waking up, the first time you told anybody about that was
16   to the government, right?  To Miss Weinhold?
17   A.   I think I told my cousin before, but yeah, first adult.
18   Q.   First adult you told was when they were questioning you?
19   A.   Yes.
20   Q.   And they prepared you for your testimony today, right?
21   A.   Yes.
22            MR. ECKES:  Nothing further, Judge.
23            THE COURT:  Okay.
24            Thank you, Lexus.
25            MS. WEINHOLD:  Your Honor, let me just ask one
```

1    question.

2            THE COURT:  Oh, sure.

3                    FURTHER DIRECT EXAMINATION

4    BY MS. WEINHOLD:

5    Q.  Lexus, you and I met back in the summer of this year.

6    Yes?

7    A.  Yes.

8    Q.  And you met Mr. Healey also, or Kyle, at that time?

9    A.  Yes.

10   Q.  When we met with you, what did we ask you?  We just --

11   what was important?  What did we tell you?

12   A.  Um, well, you was just asking me if I was going to, like,

13   testify.  If I was going to testify, you was like -- you were

14   going to get me ready for that.

15   Q.  And did we just ask you that we just wanted to know what

16   you remembered and the truth?

17   A.  Yes.

18           MS. WEINHOLD:  Thank you.

19           MR. ECKES:  Nothing further, Judge.

20           THE COURT:  Thanks for coming in, Lexus.  Were those

21   marshmallows burned up?

22   (Laughter.)

23   (The witness was excused at 10:00 a.m.)

24                        * * *

25   (10:10 a.m.)

DARRAH WILSON - DIRECT

```
 1              THE COURT:  Okay.  You want to call your next
 2  witness, Kyle?
 3              MR. HEALEY:  Yes.  Darrah Wilson.
 4              Something up here is rattling, Judge.  I'll try to
 5  figure out what it is.
 6              THE COURT:  Okay, come on up to the front, please.
 7  Just come through the sliding doors, swinging doors.
 8              Krista is our courtroom deputy.  She's going to
 9  administer an oath or affirmation.
10  (The witness was duly sworn by the courtroom deputy.)
11              THE WITNESS:  Yes.
12              THE COURT:  Okay.  Why don't you try to have a seat?
13  I can tell by the way you said yes you've got a soft voice, so
14  kind of get close to the microphone.  What we're going to do,
15  we're going to do a sound check by asking you to state your
16  full name and spell your last name because Maryann is taking
17  down what you say.  Okay?
18              THE WITNESS:  Okay.
19              THE COURT:  So state your full name and spell your
20  last name.
21              THE WITNESS:  Darrah Emily Wilson.
22              THE COURT:  W-i-l-s-o-n?
23              THE WITNESS:  Yeah.
24              THE COURT:  Can you guys hear that okay?
25              Okay, Kyle.
```

DARRAH WILSON - DIRECT

1                          **DARRAH WILSON**

2     a witness herein, testified as follows:

3                      **DIRECT EXAMINATION**

4     BY MR. HEALEY:

5     Q.  Hey, Darrah.  What's your date of birth?

6     A.  May 2nd, 2005.

7     Q.  Okay.  How old are you right now?

8     A.  17.

9     Q.  And where do you live?

10    A.  Moores Hill.

11    Q.  Where is that?

12    A.  In Indiana.

13    Q.  Do you go to school?

14    A.  Yeah.

15    Q.  What grade are you in?

16    A.  Eleventh.

17    Q.  And what school district, or where do you go to school?

18    A.  South Dearborn High School.

19    Q.  Do you have a favorite subject?

20    A.  Lunch.

21    (Laughter.)

22    Q.  Any other favorite subject or just lunch?

23    A.  My Criminal Justice course.

24    Q.  Okay.  I want to talk a little bit about your family.  Who

25    do you reside with?

DARRAH WILSON - DIRECT

1  A.  My mom and my stepdad, Michelle and Chris.

2  Q.  And so Michelle is your mother, and I assume Chris is your

3  stepdad?

4  A.  Mm-hmm.

5  Q.  And you said you live in Moores Hill now.  Where did you

6  live prior to Moores Hill?

7  A.  I lived in Bright.

8  Q.  Bright where?

9  A.  I can't remember the road.  I'm a little nervous.

10  Q.  Is it in Indiana or Ohio?

11  A.  It's in Indiana.

12  Q.  And who were your neighbors when you lived in Bright?

13  A.  Lexus and her grandma and grandpa.

14  Q.  And who-all lived in your house when you lived over in

15  Bright, Indiana?

16  A.  Um, my mom and Chris, my brother, and my older brother

17  lived in the garage.

18  Q.  Who is your older brother?  What's his name?

19  A.  Brennan.

20  Q.  And how much older than you is he?

21  A.  I would say probably by, like, seven years, maybe more.

22  Q.  And do you have a younger brother?

23  A.  Mm-hmm.  Kyle.

24  Q.  And how old is Kyle in relation to you?

25  A.  Kyle is 13.

DARRAH WILSON - DIRECT

```
 1  Q.  Four years younger than you?  Is that accurate?

 2  A.  Yes.

 3  Q.  And you said Brennan kind of lived out back.  Did you have

 4  kind of a residence behind your house there?

 5  A.  Yeah.  Technically it was the garage, but we turned it

 6  into a room for him because our house was too small.

 7  Q.  And did Brennan ever have friends over?

 8  A.  Yes, just a couple.

 9  Q.  And who were Brennan's friends?

10  A.  Nick was his friend.  And I know there was another guy --

11  Brendon -- but he was in a car wreck, so he never made it

12  over.

13  Q.  And you mentioned Nick.  Do you remember Nick's full name?

14  A.  Nicholas Veerkamp.

15  Q.  And is Nicholas Veerkamp here in the courtroom today?

16  A.  Yeah.

17  Q.  And where is he seated?

18  A.  Right there, to the left of me (pointing).

19          MR. HEALEY:  Your Honor, may the record reflect the

20  identification of Mr. Veerkamp?

21          THE COURT:  It does.

22  Q.  How often did you communicate or talk to Nick?

23  A.  Quite a bit.  He was at our house really often.

24  Q.  Did he stay the night over at your house?

25  A.  Yeah, a lot.
```

DARRAH WILSON - DIRECT

1   Q.  What was your relationship like?  What were the sort of

2   things you would do together or do with Nick?

3   A.  Well, he was like a brother to me since he was around so

4   much, just as much as my older brother.  So, I mean, he would

5   do more than my older brother, though.  Like swimming, my

6   older brother didn't really take the time of day, but

7   swimming, jumping on the trampoline, taking us to, like, the

8   gas station to get food, and helping with homework.

9   Q.  And you would say "us."  Who, kind of, all would be

10  included in "us" when you would do those things?

11  A.  Um, sometimes my younger brother, but mostly just me and

12  Lexus.

13  Q.  Was Nick -- did he treat you like Brennan treated you?

14  A.  Well, probably he's a lot more, like, there than Brennan

15  was.  Like, Brennan was always in his room or out somewhere or

16  just -- he didn't really, like, do, like, the things that Nick

17  would do and really talk to me.

18  Q.  Would Brennan always be there when Nick was hanging out

19  with you?

20  A.  Um, not -- sometimes, but other times he would come over

21  and then Brennan would not be there, and then he would just

22  hang out with me and Lexus.

23  Q.  Did that ever create any problems that you witnessed

24  between Nick and Brennan?

25  A.  A couple of times.  But he would get mad, my older brother

DARRAH WILSON - DIRECT

1  would, because he would be over there for him, but he would be
2  -- Nick would be hanging out with me and Lexus and sometimes
3  Kyle.
4  Q.  And what are the sort of things that you and Nick and
5  Lexus and Kyle would do together?  Like, what were the
6  activities you would engage in?
7  A.  Jumping on the trampoline, which is really not -- I mean,
8  it was fun at first, but I'm not really a -- it was kind of
9  weird.
10 Q.  What was weird about it?
11 A.  He would take off his shirt and just be, like, really,
12 really close when I just kind of wanted to jump on the
13 trampoline and not, like, fall down.  Like, mostly a game like
14 popcorn, but like a little bit too much falling down on each
15 other and being really close.
16 Q.  So who would take off their shirt on the trampoline?
17 A.  Nick.
18 Q.  Were there any other sort of activities that you recall
19 doing in the backyard together with everyone?
20 A.  Well, there's swimming.  There's that.  And I'm not really
21 much of a swimmer anymore either just because it makes me
22 really self-conscious.  But that was kind of weird too because
23 we would, like, swim back and forth in the pool, like as a
24 game, but it felt like -- I don't know.  It kind of just felt
25 really scary being, like, grabbed and pulled and touched in

DARRAH WILSON - DIRECT

1    the water.

2    Q.  Who was grabbing you and pulling you and touching you in

3    the water?

4    A.  Nick.

5    Q.  Would Brennan be there when you were doing these things on

6    the trampoline or in the pool?

7    A.  No.  Brennan didn't really do any of that.  That's

8    probably why it was really fun at first, and then it was not

9    so fun because I was just getting uncomfortable feelings.

10   Q.  Was your mom or Chris around when you did these things on

11   the trampoline or pool?

12   A.  Um, I don't believe so.  My mom was studying and doing a

13   lot of work, and Chris was always just everywhere.

14   Q.  And how about Lexus's grandparents, would they be around

15   when you were doing these things in the pool?

16   A.  No.  I rarely saw them.  They were always in the house.

17   Lexus was usually with just me and her hanging out.

18   Q.  Do you recall whether Nick ever gave things to you or to

19   Lexus?

20   A.  Yeah.  He would give us a lot of things.  Like, he would

21   give me money and tell me not to tell my brother or anybody

22   because they would get mad, or he would try to get us to go to

23   the gas station, and I just didn't really want to go.

24   Q.  And did you ever hear Nick say anything that kind of made

25   you uncomfortable either about you or about Lexus?

DARRAH WILSON - DIRECT

1   A.   Yeah.

2   Q.   What sort of things do you recall him saying?

3   A.   Well, one time he -- he told me I had, like, a bubble

4   butt.  And, like, that made me really uncomfortable because if

5   one of my friends would say that to me, I would tell them,

6   like, that that's, like, cringy or I just wouldn't really like

7   it.

8   Q.   Do you recall how old you were when he said that to you?

9   A.   Probably 12 or 13.  It's been a little bit.

10  Q.   Do you recall how old you think he was at that time?

11  A.   I think he was older than my brother, I think, so a bigger

12  age difference than seven years, probably like ten.

13  Q.   Did you have the opportunity to kind of observe Nick

14  interact with Lexus?

15  A.   Um, maybe like when I would get off the trampoline and go

16  inside.  But most of the time when I would try to leave

17  because I was uncomfortable and my brother was out there, so

18  it was -- I thought it was fine if I just left them to do

19  whatever they were doing and I went inside.

20  Q.   So you would be outside seemingly on the trampoline or

21  somewhere, and Nick was there, and you would get uncomfortable

22  so you would go inside?

23  A.   Yeah, and I would leave them outside.

24  Q.   And "them" is who?

25  A.   Just Kyle and Lexus.

DARRAH WILSON - DIRECT

1    Q.   So your little brother and Lexus would be out there?

2    A.   Yeah.

3    Q.   And, again, what was it that would make you uncomfortable

4    that you wanted to get out of there?

5    A.   Well, I guess it was like more like a feeling but, like --

6    I don't know, being, like, on the trampoline and, like,

7    falling down so many times, sometimes you get a little dizzy

8    and stuff, and sometimes you just want to jump on the

9    trampoline.  It was almost like a popcorn game where you jump

10   up and down and people would fall.  Sometimes you bump into

11   each other.  But it was kind of like intensified, a lot more

12   touching and a lot more brushes up against each other.

13   Q.   Do you recall if you ever texted with Nick?

14   A.   Yeah.  I had a phone.  I don't remember how we exchanged

15   numbers, but I did have his number and he would text me quite

16   a bit.

17   Q.   I would like to show you -- before we get into that, I

18   would like to show you up on the screen -- if you would look

19   at the screen, we're going to show you Exhibit 18.

20        Do you recognize the swing set in this?

21   A.   I do.  That's the swing set we used to have when we moved

22   into our house.  It was there when we got there, and it's kind

23   of run down a little bit.  I could see the rust on it.

24   Q.   Is that that house that we talked about in Bright?

25   A.   Yeah.

DARRAH WILSON - DIRECT

1          MR. HEALEY:  Then if we could go to Exhibit 19?

2    That's not the one.  If you could go to Exhibit 20 actually?

3    There we go.

4    Q.  Looking at Exhibit 20 here, do you recognize the property

5    there?

6    A.  Yeah.  That's my house in Bright.

7    Q.  And is that the trampoline we talked about?

8    A.  Yeah.

9    Q.  Do you recall ever --

10         MR. HEALEY:  And we can bring that down, take that

11   down.

12   Q.  Do you recall whether Nick was ever photographing you

13   girls?

14   A.  Yeah.  Sorry.

15   Q.  It's okay.  How often --

16        Do you need a minute?

17   A.  Yeah.

18         MR. HEALEY:  Your Honor, can we have five minutes?

19         THE COURT:  Yeah, sure.  We can take a five-minute

20   break.

21        Hey, guys, don't form or express any opinions about

22   the case.  Don't discuss the case with anyone or let them

23   discuss it with you.  We'll see you in about five or ten

24   minutes.

25         Darrah, if you want to step down, you can.  Go ahead.

DARRAH WILSON - DIRECT

1    (Recess taken  10:24 a.m. - 10:42 a.m.)

2              THE COURT:  Ready?

3              SOME JURORS:  Yes.

4              THE COURT:  Okay, Kyle.

5    Q.  So right before we took the break, Darrah, I had asked you

6    if you had ever seen Nick taking photos of you girls.  Did you

7    ever witness him doing that?

8    A.  Yeah.  He bought -- I don't know if he bought the camera,

9    but he brought a camera over.  It was, like, a really nice

10   camera.  And one time when we were on the trampoline, he was

11   taking pictures.  It was pointed at us, and he was taking them

12   for as long as we were on there.  I eventually went up and

13   asked him about it, and he was telling me it was just the

14   trees.

15   Q.  Could you actually see any of the photos he took though?

16   A.  No.  He would not show me.

17   Q.  So you asked him what photos he took, and he said the

18   photos were of the trees?

19   A.  Yeah, the trees behind us.  But the trees are like -- our

20   backyard kind of goes down a slant, and we were, like, at the

21   bottom.  The trees in the back, it kind of goes up again into

22   a hill.  So that's the only reason I confronted it was because

23   we're down here where the camera is pointed and the trees are,

24   like, up there.

25   Q.  So did he show those photos to you or not?

DARRAH WILSON - DIRECT

1   A.   I think -- I think after a while he was going through it,

2   and then all of a sudden there was -- he showed me a couple of

3   pictures of trees.

4   Q.   Did you ever see Nick on his cell phone when you guys were

5   playing?

6   A.   Um, there were a couple of times.  I mean, he was in our

7   house a lot, so anytime he was just chilling on our couch or

8   just standing next to us, he was pretty much on it.

9   Q.   When he would come to your house, how long would he stay?

10  A.   Well, he would come at, like, at any time.  Sometimes,

11  like, 11 at night.  Sometimes it could be right after school,

12  or he could be there before we got home from school, and he

13  would just be there for a really long time.  And probably six

14  out of ten nights he would spend the night.

15  Q.   I would like to show you what's been marked as

16  Government's Exhibit 114 and 115.  They haven't been admitted

17  yet, so they're going to pop up on your screen.

18          THE COURT:  Just the witness screen, Krista.

19          What are the numbers, Kyle?

20          MR. HEALEY:  114 and 115.

21          THE COURT:  I thought those are admitted?

22          MR. HEALEY:  Are those admitted?

23          THE COURT:  Yeah, those are.

24          MR. HEALEY:  Okay.  We can show those.

25  Q.   Do you recognize 114?

DARRAH WILSON - DIRECT

```
 1   A.   That is my old phone that I had.

 2   Q.   Could you look at 115 real quick?

 3   A.   Yeah.  That's my old Samsung phone that I had.

 4   Q.   What happened to that phone?

 5   A.   Well, I gave it to the F.B.I.

 6   Q.   Okay.  Is this the phone that you would have when you

 7   would communicate with Nick?

 8   A.   It is.  That's the one I had the longest.  Yeah, that's

 9   the one I had.

10   Q.   I would now like to show you what hasn't been admitted.

11   We'll start with 104 through 106.  Does 104 -- what does that

12   look like?

13   A.   That looks like the background of my phone.

14   Q.   Kind of like the home screen?

15   A.   Yeah.

16   Q.   And then 105?

17             THE COURT:  I thought those were admitted already?

18             MR. ECKES:  These are not admitted yet, Judge.

19             THE COURT:  They were used but not admitted.

20             MR. ECKES:  If we could take them off the screen?

21             THE COURT:  Got it.

22             Sorry, Kyle.  Go ahead.

23             MR. ECKES:  Judge, they're on the jury screens --

24             COURTROOM DEPUTY:  They're not on the jury screen.

25             MR. ECKES:  Understood.  Sorry.
```

DARRAH WILSON - DIRECT

1    Q.  Do you remember what your old phone number was or what

2    your --

3    A.  The picture that you're showing me is my old phone number,

4    and it's now my stepdad's phone number.

5    Q.  Can you read that number for us?

6    A.  513-362-9270.

7            MR. HEALEY:  And can we look at 106, please?

8    Q.  Do you recognize this?

9    A.  Yup.  That's my phone screen.

10   Q.  And if you would text or message on this phone, what app

11   would you use?

12   A.  The Messages app.

13   Q.  Is that depicted in 106?

14   A.  Yeah, the little orange bubble.

15           MR. HEALEY:  Your Honor, the government would move

16   for the admission of 104 through and 106 and ask to publish.

17           THE COURT:  Any objections?

18           MR. ECKES:  No objections.

19           THE COURT:  They're admitted.

20   (Government Exhibit Numbers 104, 105 & 106 were admitted.)

21           MR. HEALEY:  If we could just show the jury 104?

22   Q.  So Darrah, can we go through it again now that the jurors

23   can see it?  So tell us, what does this depict?

24   A.  That is the background of my old phone.

25   Q.  And then if we do 105?

DARRAH WILSON - DIRECT

1  A.  That is my old phone number that is now my stepdad's phone

2  number.

3  Q.  And 106?

4  A.  That's the Messages app, the orange bubble that I texted

5  on.

6  Q.  All right.  We're going to go through 107 through 113 --

7        MR. HEALEY:  -- which have not been admitted, so if

8  we could kill the juror screens for a minute?

9  Q.  Do you recognize 107?

10        MR. ECKES:  Judge, the foundation was laid for these.

11  I'm not going to object to their admission, if we just wanted

12  to do this once.

13        THE COURT:  Just run through the numbers again.

14        MR. HEALEY:  107 through 113, if we could move to

15  admit those and publish?  I'll go through them and do it that

16  way.

17        THE COURT:  Okay.  They're admitted.

18        MR. HEALEY:  Thank you.

19  (Government Exhibit Numbers 107 through 113 were admitted.)

20  Q.  All right.  Looking at the screen now, do you recognize

21  this?

22  A.  Yeah.  That's my contact messages list.

23  Q.  So these are the people you would be texting?

24  A.  Yes.

25  Q.  So who is "BFF Forever," do you recall?

DARRAH WILSON - DIRECT

```
 1   A.   That's my old best friend Ashley.

 2   Q.   And "Sally," do you recall who "Sally" was?

 3   A.   Sally was my -- also one of my best friends from my very

 4   first house that I was in.

 5   Q.   How about "Nick"?  Do you recall who that was?

 6   A.   That is the Nick who is here today.

 7   Q.   And then, like, say "Aunt Lori," who is she?

 8   A.   That is my Aunt Lori.

 9        MR. HEALEY:  Could we go to 108, please?

10   Q.   Do you recognize this as a portion of a text conversation

11   between you and Nick on September 9, 2019?

12   A.   I do.

13   Q.   And it looks like you reached out to Nick about your

14   homework.  Is that accurate?

15   A.   I did.

16   Q.   And what did he text back to you?

17   A.   "So what were you saying about me and Lexus when we were

18   on the back porch."

19   Q.   Can you tell us what you texted back to him?

20   A.   "She saw you, I'm surprised she didn't come and say hi."

21   Q.   Do you recall the circumstances that brought out this

22   text?

23   A.   I do.  Our houses are really close together, and you can

24   see through Lexus's window down from our back porch.  It's

25   just, like, one window, and you can see right into her room.
```

DARRAH WILSON - DIRECT

1    You can see her.  You can see anything in her room.  And

2    usually if she can see us outside of it, she would come over

3    and hang out.

4    Q.  And it seems like from your text this was an instance

5    where she didn't actually come out to say hi?

6    A.  Yeah, which we -- I saw her through the window.  She was

7    in there and she had looked, but she never came out to play or

8    say hi.

9    Q.  And what did Nick say back to you?

10   A.  "She did when I was down there.  Does she have a phone?"

11   Q.  What did you say?

12   A.  I said:  "Yeah, she does."

13   Q.  And then did Nick respond to you?

14   A.  He did.  He said:  "Lol, I'm surprised she hasn't tried to

15   get my number from you."

16   Q.  What did you say?

17   A.  I said:  "Yeah me too, I don't think she knows that I have

18   it."

19   Q.  And why did you think that -- why were you surprised that

20   she hadn't tried to get Nick's phone number?

21   A.  I didn't think she would be interested, and I've never

22   brought up, like, hey, I have Nick's number to her, never

23   tried to give it to her.  She's never said anything or asked

24   anything about it.  So I was, like, I don't know, just really

25   not surprised that she didn't try to get it from me.

DARRAH WILSON - DIRECT

1    Q.   Okay.

2         MR. HEALEY:   Could we go to Exhibit 109, please?

3    Q.   After you mentioned that to Nick, what did he say to you?

4    A.   He said:  "Lol, well, if she does ask, I guess you can

5    give it to her.  I feel like everyone should have it for

6    emergencies simply because I'm a fixer and dependable."

7    Q.   And did you respond to him with that?

8    A.   Yes.  I said:  "I don't think that's a good idea.  She

9    will get you in trouble."

10   Q.   And away from the text messages here, what were you

11   concerned about Nick getting in trouble for?

12   A.   Well, she's -- where she was with her family, she was

13   always up at our house because we would take her places, she

14   would get attention, and we would hang out.  And also,

15   typically older men who she doesn't really -- I wouldn't just

16   give her an older guy's number.  I only had his number because

17   he's like a brother to me, so I didn't feel the need that she

18   needed it.  And then if they would contact and get in trouble,

19   it would be -- because he's older and she's younger, and she's

20   probably looking for some sort of attention.

21   Q.   Did Lexus get a lot of attention at her grandparents'

22   house?

23   A.   No.

24   Q.   You said that pretty affirmatively.  Can you elaborate?

25   A.   Well, I mean, I knew they put a roof over her head and

DARRAH WILSON - DIRECT

1    they gave her food and clothes, but they're really old.  They

2    raised her older brother and my stepdad and her mom, so

3    they're kind of getting, like, grumpy and old and pushing her

4    out the door.  So she was up at our house, like, every single

5    day, spending the night even on school nights.

6    Q.  Sorry, I'm just -- the grumpy part.

7         So can you elaborate a little on the attention that

8    perhaps Nick would pay to you versus the type of attention he

9    would pay to Lexus?

10   A.  Well, the -- like, can you, like, rephrase that or say it

11   again?

12   Q.  Nick paid you more attention than Lexus, or was it the

13   other way around?

14   A.  At first I think he was giving me a lot of attention, like

15   separate attention from my brother and her.  And then I think

16   it kind of shifted, like more attention towards her, like more

17   gas station trips and stuff with her and my brother than me,

18   because I probably denied so many times and just didn't really

19   go outside and hang out with him anymore.

20             MR. HEALEY:  If we could go back to Exhibit 109 here?

21   Q.  After you mentioned Nick could get in trouble, what's he

22   respond with?

23   A.  He said:  "Yeah, how so ?"

24   Q.  And so what did you tell him?

25   A.  I said:  "She's not private about who she texts, and then

DARRAH WILSON - DIRECT

1    if it gets out that she was texting an older guy, what will

2    people think.  Nick, be smart about this.  Plus she is a bit

3    of a ho, so who knows what she will say to people."

4    Q.  And what else did you text after that?

5    A.  "I can't have someone as important as you getting in

6    trouble because of a dumbass like her."

7    Q.  What were you trying to convey to Nick in these texts?

8    A.  I didn't think it was a good idea for him to be texting

9    her, and I didn't -- I really didn't want them to, like, I

10   don't know, have any weird special relationship probably.  It

11   was -- she was really -- really needed attention.

12            MR. HEALEY:  Okay.  If we could go to Exhibit 110,

13   please?

14   Q.  Does Nick respond to that?

15   A.  Yes.  "Well, I appreciate you looking out for me and I

16   don't have many people that do.  I'm usually the one looking

17   out for people, so thanks.  I guess I'll just have to wait

18   till she's old enough."

19   Q.  And what did you respond to by that?

20   A.  I said:  "Yeah, if she's not a stripper by then."

21       And then I said:  "Then you won't get to talk because she

22   will have too many boys around her, and you've been in my life

23   for a while so it's only natural that I care and look out for

24   you.  You are basically my older brother.  Thank you for

25   looking out for me and especially Brennan."

DARRAH WILSON - DIRECT

1   Q.  You had mentioned that you thought Lexus would have a lot

2   of boys around then.  What was she like even back then that

3   led you to believe she was always going to have some boys

4   around?

5   A.  Well, the way she started dressing was a little, like,

6   provocative.  That's a word, I think, like.  And she was

7   always -- she had a couple of boyfriends who were -- both

8   didn't know that she was dating, so she had two at the same

9   time.  One was in another state, like.  So she just -- she

10  always had guys coming up to her and asking her out, even at a

11  young age.

12  Q.  So Nick responds to that, and then it looks like you send

13  another message to him, "I know, still thank you"?

14  A.  Yeah.

15          MR. HEALEY:  And I think if we can go to Exhibit 111?

16  Q.  Now, what does Nick say in response after you thanked him.

17  A.  He said:  "I think it's funny everyone thinks she's going

18  to be a stripper and I'm just thinking how much she needs

19  someone like me around so that doesn't happen.  And by that I

20  mean a strong male role model that knows how to treat a girl

21  right instead of putting her down and excluding her, honestly

22  if she does, end you."

23  Q.  Do you respond to that message?

24  A.  Yeah.  I said:  "Well, I guess, if you say so.  I don't

25  think anyone does this to her.  Her choices were made by her

DARRAH WILSON - DIRECT

1    and will continue to be made by her.  She learned this from

2    her brother, if anything.  I don't think Chris was even around

3    when she got moved in with her grandparents."

4    Q.  And you said "her brother."  Who were you referencing to,

5    "her brother"?

6    A.  Um, Adrian.  I don't know his last name, but he's her

7    older brother.  He's kind have gotten influenced since they

8    were under the same roof, and he was always out partying and

9    bringing skinny girls home.

10   Q.  Okay.  When you reference "Chris," who are you referring

11   to?

12   A.  My stepdad, her uncle.

13   Q.  And then does Nick respond to your text?

14   A.  Yeah.  He says:  "Yeah, I could see her brother being an

15   issue, and it's more of the fact she didn't really have a

16   father figure which causes daddy issues."

17         MR. HEALEY:  Could we go Exhibit 112, please?

18   Q.  Does Nick continue after that text?

19   A.  Yeah.  He says:  "I also think it's kind of funny you say

20   she's a hoe 'cause I remember her being kind of a prude.  She

21   would always make this weird sour face anytime I would mention

22   something sexual, lol."

23   Q.  And did you respond to that?

24   A.  I did.  I said:  "Well, did you know her like I did, nope,

25   she is a very knowing little girl, she knows a lot more about

DARRAH WILSON - DIRECT

1   that sexual stuff than I do, I guarantee it.  She does the

2   things that she does with her own will.  It's her choice, and

3   I'm not going to stop her.  You can convince her if you want."

4   Q.  And what did you think Nick was trying to convince her of?

5        MR. ECKES:  Objection.  Calls for speculation.

6        THE COURT:  Sustained.

7   Q.  Did Nick respond to that text?

8   A.  Yup.  He said:  "So she just plays innocent.  I know I

9   could convince her, the problem lies in what you mentioned

10  earlier, me about being able to talk to her without having to

11  worry about getting in trouble."

12  Q.  And did you respond to that text?

13  A.  I did.  I said:  "Yeah.  She does just play innocent.  She

14  knows a lot more than everybody thinks, and it is a big

15  problem.  That's why I told you, I'm going to" --

16        MR. HEALEY:  If we could go to 113?

17  Q.  I think you can finish that one, if you look at the top?

18  A.  "I'm going to go to bed.  It's getting late.  Have a good

19  night.  See you next time you're over."

20  Q.  Does Nick respond to that?

21  A.  Yeah.  He says:  "Good night.  You can always text me

22  whenever, it doesn't just have to be when I'm over there,

23  lol."

24  Q.  Looking back on this conversation with Nick, how do you

25  feel about that conversation now?

DARRAH WILSON - DIRECT

1   A.  Now that I look at it in my age and I'm more aware, I feel

2   really stupid for not seeing it and telling anybody sooner.

3   Q.  And when you see "seeing it," what are you seeing?

4   A.  How weird that was to say, like, how he said sexual,

5   anything sexual.  That's really weird to say about a little

6   ten-year-old, nine-year-old girl.

7           MR. HEALEY:  We can take down the text messages.

8   Q.  Now, I want to just get to one more area here.  Darrah, do

9   you ever recall anyone taking photos up your skirt?

10  A.  Well, one time was like a dream, but it's not really a

11  dream because it felt so real that I was shaking.  My eyes

12  were open, and I was in my bed, and I felt somebody lift up my

13  skirt on my bed.  All my blankets were off.  And when I

14  panicked and opened my eyes and, you know, like, pushed my

15  skirt back down, there is a figure in my room on the ground

16  just, like, sitting on the ground looking at me.  And I just

17  was so scared that I didn't move, and I didn't want to get up,

18  didn't want to run to my mom and tell her.

19  Q.  Do you recall how long ago you had this dream or this

20  event?

21  A.  It's been a little bit, probably -- I was probably 13,

22  right probably 13.

23  Q.  And you said you think it was a dream.  Was it real or are

24  you unsure?

25  A.  I am unsure because I feel like -- I feel like that's

1   something that would only happen in a dream, but it felt so

2   real.  I was shaking and crying and just terrified.

3          MR. HEALEY:  Thank you.  I don't have any more

4   questions.

5          THE COURT:  Eric or Stephanie?

6          MR. ECKES:  Thank you, Judge.

7          THE COURT:  They are going to have some questions for

8   you.  Okay?

9          THE WITNESS:  Mm-hmm.

10                   CROSS-EXAMINATION

11  BY MR. ECKES:

12  Q.  Hello, Darrah.  My name is Eric.  I'm Nick's lawyer.

13  Okay?  So do you mind if I call you Darrah?

14  A.  No.

15  Q.  Okay.  And if I ask a question -- I sometimes do this, the

16  jury already knows -- that doesn't make sense, just tell me

17  and I'll rephrase it.  Okay?

18  A.  Okay.

19  Q.  And I don't have a lot of questions, so this won't be very

20  difficult.

21      You sometimes would get on Nick's phone; is that right?

22  A.  I've only been on his phone once that I can remember.

23  Q.  One time that you remember?

24  A.  Uh-huh.

25  Q.  Okay.  But let's just -- did you ever see the other kids

DARRAH WILSON - CROSS

1   that were around the property on Nick's phone?

2   A.   I have never seen any other kids on his phone.   It was the

3   one time that I was on his phone.

4   Q.   Now, to get kind of ready for today, you would have met

5   with the prosecutors, right?

6   A.   Yeah.

7   Q.   And the prosecutors are Mr. Kyle, right?   You've met with

8   him a couple of times?

9   A.   Yes.   Sorry.

10  Q.   But you and I have never talked, right?

11  A.   No.

12  Q.   The pictures that you were talking about earlier, those

13  were with a big, fancy camera, I think you said?

14  A.   Yeah.

15  Q.   And that was towards -- Nick got that camera towards the

16  end of your time living out there; is that accurate?

17  A.   I would say so, somewhere.

18  Q.   Towards the end?

19  A.   Yeah.

20  Q.   Okay.   Now, Nick never showed you any of his body parts,

21  right?

22  A.   Not that I can -- other than, like, you know, just taking

23  off his shirt on the trampoline or being in the pool.

24  Q.   What I'm getting at, though, he never showed you any of

25  his privates or anything like that?

DARRAH WILSON - CROSS

 1   A.   No.

 2   Q.   And he never asked for you to touch him inappropriately or

 3   anything like that?

 4   A.   No.

 5   Q.   And I believe -- do you remember when you -- you had to

 6   meet at Children's Hospital with a woman and be interviewed.

 7   Do you recall that?  This would have been years ago.

 8   A.   No.

 9   Q.   So take your mind back to, like, January of 2020.  Do you

10   remember meeting with somebody and talking about what you knew

11   about Nick?

12   A.   Not that I remember.

13   Q.   Okay.  So when is the first time that you remember being

14   asked questions about Nick and this trial?  Was it with Kyle?

15   A.   Um, I think so.  I'm not really sure.  It was a really,

16   really long time ago that all this, like, happened and he was

17   taken away.

18   Q.   So there was a time period where -- do you remember when

19   -- now, let's say, before you ever spoke with either Kyle or

20   anybody else, you talked with your mom about Nick, did you

21   not?

22   A.   About, like, the girl?

23   Q.   The -- and I'm assuming "the girl," you mean Lexus?

24   A.   No, about the -- when he was registered as a sex offender?

25   Q.   Okay.  That makes sense.  So you knew about that as well,

1   that he was registered as a sex offender?

2   A.  Yes.

3   Q.  And your mom knew about that?

4   A.  Yes.  She asked me if I was okay if I wanted him around or

5   if I was comfortable.

6   Q.  Okay.  And so Brennan would have known about that too,

7   right?

8   A.  Maybe.

9   Q.  Well, you don't know what Brennan knows.  See, I told you

10  I don't always ask great questions.

11      So after that then, there is a time period where they --

12  where you've heard that a picture was taken of Lexus; is that

13  right?  You learned that from your mom?

14  A.  Not from my mom.

15  Q.  Who did you learn that from?

16  A.  I learned that from -- the prosecutor?

17  Q.  From Kyle?

18  A.  Yeah.

19  Q.  Okay.  Nick would share his passwords with you for things

20  like Netflix if you asked, right?

21  A.  Yes.

22  Q.  So you would use his Netflix.  It wasn't a big deal.  You

23  just asked him and he would give you the password, right?

24  A.  Yeah.

25  Q.  He also, as part of that, would just give you his e-mail

DARRAH WILSON - CROSS

1  account, the name of it, right?

2  A.  Like, for the passwords and stuff on that?

3  Q.  Yeah.  Because with Netflix, you have to use a username,

4  which is often an e-mail.  Is that -- you may know more about

5  this than me.  Do you know what I'm talking about in terms of

6  an e-mail account, username?

7  A.  Um, a username?  I think he probably set it up because I

8  don't remember -- if I'm being honest, I do not remember any

9  password or, like, e-mail that he had ever given me.

10  Q.  Okay.  That makes sense.  Because this was a while ago,

11  right?  But you were able to log onto his Netflix without much

12  of a problem?

13  A.  Yeah.

14  Q.  Okay.  Now, this dream situation, did you -- would it be

15  fair to say this is pretty blurry in your mind as to whether

16  it's real or whether it's a dream?

17  A.  It's not blurry.  It's very visible, like, that the fear I

18  felt, the shadow man who was, like, on the floor of my room

19  staring.  Like, I can see the outlines really clearly.

20  Q.  Now, your -- your stepdad is Chris?

21  A.  Yes.

22  Q.  He would often come in your room in the middle of the

23  night because he had to go to work; is that right?

24  A.  Um, no.  If I was up and outside, like, if I was up and he

25  knew I was up, he would say, "Have a good day, sweetheart."

DARRAH WILSON - REDIRECT

1  Q.  And here's why I'm asking that in terms of related to that

2  dream scenario.  There is a -- let me ask you this.  There is

3  a video of you giving a statement in January of 2022.  Are you

4  aware of that?

5  A.  Yes.

6  Q.  Okay.  And you talk about the dream in that situation in

7  connection with an additional statement about that you didn't

8  know if it was Chris coming in the room because it was one in

9  the morning and he sometimes said goodnight before he went on

10 a second shift or something.  Does that ring any bells?

11 A.  I think it -- it rings probably a little bit, because

12 right now my doors are always locked and he does not -- I

13 don't really see him that much other than when I'm home.  But

14 at that time, he -- who knows.  I do remember a few times

15 where I was up and I was walking around or I was using the

16 restroom or something, and he would be -- he would just be out

17 there doing Lord knows what, but probably getting food.

18 Q.  Understood.  All right.  Thank you, Darrah.

19 A.  Yeah.

20        THE COURT:  Redirect?

21        MR. HEALEY:  Briefly, Your Honor.

22                 REDIRECT EXAMINATION

23 BY MR. HEALEY:

24 Q.  Did Nick ever try to hang out with you in your room?

25 A.  Yes, multiple times, on different nights.

DARRAH WILSON - REDIRECT

```
 1              MR. ECKES:  Objection.  Outside the scope of cross.
 2              THE COURT:  It is a little bit outside the scope.
 3              MR. HEALEY:  Your Honor, they just brought up whether
 4    the stepfather would come into her room.  I can't ask her who
 5    else would come in?
 6              THE COURT:  Go ahead.
 7    Q.  Did that cause you to change your behavior in your room
 8    when Nick was around?
 9    A.  It did.  I started kind of locking the doors even using
10    the restroom, just because -- I couldn't tell you, like, what
11    exactly.  It was an uncomfortable feeling just because --
12    maybe the first night or the second night it was okay, but
13    after a few times that it just kept happening more often and
14    later into the night, I was just like I'm a kid, and sometimes
15    I don't sleep with clothes on, I'm going to lock my door, and
16    he doesn't need to be in there.
17    Q.  And this is in reference to Nick, not Chris?
18    A.  Yes.
19              MR. HEALEY:  Nothing further, Your Honor.
20              MR. ECKES:  Nothing further, Judge.
21              THE COURT:  Okay.
22              You can step down.  Thank you.
23              THE WITNESS:  Yeah.
24              THE COURT:  You can get back to school in time for
25    lunch.
```

1    **(Laughter)**

2    **(The witness was excused at 11:13 a.m.)**

3    **(Conclusion of excerpt of proceedings.)**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              I N D E X   O F   W I T N E S S E S

 2    GOVERNMENT'S WITNESSES                          PAGE

 3    LEXUS COUCH

 4    Direct Examination by  Ms. Weinhold..........     4

 5    Cross-Examination by Mr. Eckes...............    19

 6    Redirect Examination by Ms. Weinhold.........    25

 7    Recross-Examination by Mr. Eckes.............    26

 8    Further Direct Examination by Ms. Weinhold...    27

 9

10    DARRAH WILSON

11    Direct Examination by Mr. Healey.............    28

12    Cross-Examination by Mr. Eckes...............    52

13    Redirect Examination by Mr. Healey...........    57

14

15                    E X H I B I T S

16

17    NUMBER                                     ADMITTED

18    Government's Exhibits 104, 105 & 106........    41
      Government's Exhibits 107-113...............    42
19

20

21               C E R T I F I C A T E

22

23        I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
      THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

24

      /s/Maryann T. Maffia  November 28, 2022
25    Maryann T. Maffia, RDR
      Official Court Reporter
```