Honorable Michael Barrett
United States District Judge
100 East Fifth Street
Cincinnati, Ohio 45202

Honorable Judge Barrett,

    I am writing this letter on behalf of Nicholas Veerkamp. My name is Donald Veerkamp and Nick is my son. At this time I am on long term disability due to a stroke suffered in November 2021. Previously I was employed by Diversey and traveled extensively for my job. While Nick and his brother were younger I coached baseball and was involved with parish activities at St. John the Baptist Church.

    Nick was primarily raised by his mother while I was on the road and he rarely had the chance to make decisions on his own as she was a strong influence.

    Nick expresses that he is very sorry to have put families through this trial and hopes to be able to recieve counseling and help during

this time of incarceration. Nick has also shared with me a desire to continue classes to prepare for his future.

Sincerely,
Donald P Veerkamp

Donald P. Veerkamp

\* This letter was written as dictated to Kathy L. Eisenacher (Donald's sister)