Mary Neumann
Cincinnati, OH 45238


Honorable Michael Barrett
United States District Judge
100 East Fifth Street
Cincinnati, OH 45202


Dear Judge Barrett,

I am writing on behalf of Nicholas J. Veerkamp. I am his aunt and have know him all his life.  My professional background is in clinical trial research, first as a medical technologist, and more recently as a quality assurance specialist. I have been active in my community in the past, mainly through my church activities, such as serving on parish council, teaching children's liturgy, being involved with youth group and vacation Bible school, and volunteering for fund raising activities.
Nick was raised along with his younger brother, by his mother and father in a conservative middle class family. He attended parochial school and did well in science, math and art. On occasion, he helped his grandmother, a religious director, with activities for vacation Bible school. He was taught good values, and has been well-loved by his family. He is fond of animals and was very attached to the family cat.
After high school Nick struggled with his faith, career path and focus, which likely contributed to poor decisions and this conviction. As it is understood many years must be given as a minimum sentence, I know Nick has the intelligence, ability, and desire to make positive contributions to society.  For these reasons I ask that not more than the minimum be given.

Sincerely,
Mary Neumann